UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Matthew Bruorton,<br><br>    Defendant.<br>_____/ | Case: 2:23−cr−20046<br>Assigned To : Hood, Denise Page<br>Assign. Date : 1/24/2023<br>Description: INFO USA V.<br>BRUORTON (KB)<br><br>Violation:  18 U.S.C. § 641<br>              [Misdemeanor] |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 641 - Theft of Government Funds (Misdemeanor)

In or around the month of February 2018, in the Eastern District of Michigan, Southern Division, the defendant Matthew Bruorton willfully and knowingly did embezzle, steal, purloin, and convert to his use money of the Social Security Administration, a department or agency of the United States, to wit: some portion of Social Security Act, Title II, Retirement Insurance Benefits, to which he was not legally entitled; all in violation of Title 18, United States Code, Section 641.

DAWN N. ISON
United States Attorney


*s/John K. Neal*
JOHN K. NEAL
Assistant United States Attorney
Chief, White Collar Crime Unit

*s/Corinne M. Lambert*
CORINNE M. LAMBERT
Special Assistant U.S. Attorney


Dated:  January 24, 2023

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** C.M.L. |

**Case Title:** USA v. Matthew Bruorton

**County where offense occurred:** St. Clair

**Check One:**   ☐ Felony    ☒ Misdemeanor    ☐ Petty

    ____Indictment/ ✓ Information ---  **no** prior complaint.
    ____Indictment/____Information ---  based upon prior complaint [**Case number:**            ]
    ____Indictment/____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 24, 2023
Date

s/Corinne M. Lambert
Corinne M. Lambert
Special Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9129
Fax:  (313) 226-2873
E-Mail address: Corinne.Lambert@usdoj.gov
Attorney Bar #:  P74285

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.